**STATE of Missouri, Respondent,**

v.

**Earl MOORE, Appellant.**

**Earl MOORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 61030, 63397.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 21, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 14, 1994.

Application to Transfer Denied
March 22, 1994.

Cynthia Dryden, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his jury conviction for exhibiting a weapon. We affirm.

We find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.